UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD BENJAMIN WHITE,

                Plaintiff,

    v.

MONROE CORRECTIONAL COMPLEX
INTENSIVE MANAGEMENT UNIT,

                Defendant.

CASE NO. 2:23-cv-01222-DGE

ORDER ADOPTING REPORT AND
RECOMMENDATION

Having reviewed the Report and Recommendation ("R&R") of United States Magistrate Judge Brian A. Tsuchida, any objections or responses, and the remaining record *de novo*, the Court finds and ORDERS:

(1)      The Court ADOPTS the Report and Recommendation (Dkt. No. 7.)

(2)      The case is DISMISSED without prejudice.

(3)      The Clerk is directed to provide a copy of this Order to Plaintiff.

Dated this 17th day of October, 2023.

David G. Estudillo
United States District Judge